```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 15963
   ANDREW ARTHUR JORDAN
   KAREN JEAN ZAREBA-JORDAN                 CHAPTER 13

                                            JUDGE: JOHN H SQUIRES
      Debtor
   SSN XXX-XX-0158    SSN XXX-XX-7923
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/04/06 and confirmed on 03/02/07.

   2.  The case was dismissed after confirmation, 09/14/2007.

   3.  The Debtor paid a total of $   2673.26 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | .00 | .00 | .00 |
| DRIVE FINANCIAL SERVICES | SECURED VEHIC | .00 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 714.01 | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BARONS CREDITORS SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CALVARY INVESTMENTS | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | 10068.10 | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 537.32 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1257.26 | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | 191.36 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 280.85 | .00 | .00 |
| RJM ACQUISITIONS LLC | FILED LATE | .00 | .00 | .00 |
| UNIFUND CORP | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 3980.18 | .00 | 2603.76 |
| ILLINOIS DEPT REVENUE | UNSECURED | 798.38 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|

      Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | .00 | 3980.18 | 13847.28 | .00 | 17827.46 |
| PRINCIPAL PAID | .00 | 2603.76 | .00 | .00 | 2603.76 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | 2603.76 | .00 | .00 | 2603.76 |

The Debtor's attorney, HERBERT R BUETOW                 , was allowed $         .00 and was paid $          .00 .

The Trustee received $       69.50 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/18/07                    /S/
                                  GLENN STEARNS
                                CHAPTER 13 TRUSTEE